UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:16-cv- 150-GNS

TARRICA WOODHAM, INDIVIDUALLY,
AND ON BEHALF OF THE ESTATE OF
WAYNE WOODHAM                                                                                          PLAINTIFF

v.                         <u>ORDER OF DISMISSAL WITH PREJUDICE</u>

DAVID LONG, C&K TRUCKING LLC,
C&K HOLDING L.L.C., C&K HOLDING
ACQUISITIONS L.L.C., A.V. LOGISTICS, L.L.C.,
CARHARTT INC., CARHARTT RETAIL LLC,
MOTOR CARRIER CHASSIS PO,
HAPAG-LLOYD (AMERICA) INC., and
ZURICH AMERICAN INSURANCE COMPANY                                              DEFENDANTS

* * * * *

The parties having filed a Joint Motion for Entry of Stipulation of Dismissal and Agreed Order of Dismissal, together with a proposed Stipulation of Dismissal and Agreed Order of Dismissal (Doc. No. 74), and the Court being otherwise advised,

IT IS HEREBY ORDERED as follows:

1. The parties' joint motion (Doc. No. 74) is GRANTED.

2. This action is DISMISSED, with prejudice, as settled, and STRICKEN from the Court's docket.

3. The parties shall bear their respective costs and expenses.

Greg N. Stivers, Chief Judge
United States District Court

December 20, 2018

1014294